PHILLIP A. TALBERT
Acting United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**SEALED**

**FILED**
Nov 30, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, Plaintiff, v. JOSHUA HARRINGTON, Defendant. | CASE NO. 1:21-mj-00127 SAB<br><br>SEALING ORDER<br><br>**UNDER SEAL** |

## S E A L I N G  O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **Nov 30, 2021**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

AFFIDAVIT – FACEBOOK SEARCH WARRANT        17