PHILLIP A. TALBERT
United States Attorney
KATHERINE E. SCHUH
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                Plaintiff,<br><br>             v.<br><br>JOSHUA HARRINGTON,<br><br>                                Defendant. | CASE NO. 1:22-CR-00019-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: April 13, 2022<br>TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe |

**BACKGROUND**

This case is set for a status conference on April 13, 2022. The parties stipulate to continue the matter to June 8, 2022 and to exclude time between April 13, 2022 and June 8, 2022.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status conference on April 13, 2022.

2.  By this stipulation, defendant now moves to continue the status conference until June 8, 2022, and to exclude time between April 13, 2022, and June 8, 2022, under 18 U.S.C. § 3161(h)(7)(A), B(iv).

3.  The parties agree and stipulate, and request that the Court find the following:

    a)  The government has represented that the discovery associated with this case

includes investigative reports, surveillance footage, audio recordings, and more.  This discovery has been either produced directly to counsel and/or made available for inspection and copying. The government anticipates providing some additional discovery consisting of additional body camera and surveillance video footage in the next several weeks.

      b)     Counsel for defendant desires additional time consult with his client, review discovery, conduct investigation of the charges, and to discuss potential resolution of the case with the government.

      c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)     The government does not object to the continuance.

      e)     In addition to the public health concerns cited by the General Orders and presented by the evolving COVID-19 pandemic, an ends-of-justice delay is particularly apt in this case because Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 13, 2022 to June 8, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  March 29, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
| | |
| | /s/ KATHERINE E. SCHUH<br>KATHERINE E. SCHUH<br>Assistant United States Attorney |
| | |
| Dated:  March 29, 2022 | /s/ Serita Rios<br>Serita Rios<br>Counsel for Defendant<br>JOSHUA HARRINGTON |

### ORDER

IT IS SO ORDERED that the status conference is continued from April 13, 2022, to **June 8, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**.  Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).

IT IS SO ORDERED.

Dated:   **March 29, 2022**                  /s/ Barbara A. McAuliffe
                                             UNITED STATES MAGISTRATE JUDGE