Serita Rios, SBN# 246568
Law Office of Serita Rios
P.O. Box 688
Fresno, California 93712
Telephone (559) 224-1800
Facsimile (559) 224-1806
serita@seritarioslaw.com

Attorney for Defendant JOSHUA DAVID HARRINGTON

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | Case No. 1:22-CR-00019-ADA-BAM |
| Plaintiff, ) | **MOTION TO TERMINATE CJA APPOINTMENT AND ORDER** |
| vs. ) | |
| JOSHUA DAVID HARRINGTON, ) | |
| Defendant. ) | |

On January 20, 2022, Defendant JOSHUA HARRINGTON was indicted on federal charges. On January 12, 2022, CJA Panel Counsel, Serita Rios, was appointed to represent Mr. Harrington in his criminal case. Mr. Harrington was sentenced pursuant to a plea agreement on June 12, 2023; Mr. Harrington was in custody at sentencing. The time for filing a direct appeal was June 26, 2023, no direct appeal was filed. The trial phase of Mr. Harrington's criminal case has, therefore, come to an end. Having completed her representation of Mr. Harrington Counsel, Serita Rios, now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Harrington require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-

5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: June 29, 2023

/s/ Serita Rios
_____
**Serita Rios**
Attorney for Defendant

_____

### ORDER

Having found that attorney Serita Rios has completed the services for which she was appointed, the Court hereby grants Counsel Serita Rios' request for leave to withdraw as defense counsel in this matter.

Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant, JOSHUA HARRINGTON, at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Joshua Harrington, #453871
36714 Road 112
Visalia, California 93291

IT IS SO ORDERED.

Dated:   June 30, 2023                    _____
                                          UNITED STATES DISTRICT JUDGE